OSNABURG TOWNSHIP ZONING INSPECTOR, APPELLANT, *v.* ESLICH
ENVIRONMENTAL, INC., APPELLEE; OSNABURG TOWNSHIP ET
AL., APPELLANTS.

[Cite as *Osnaburg Twp. Zoning Inspector v. Eslich Environmental,
Inc.,* 123 Ohio St.3d 1223, 2009-Ohio-6163.]

(No. 2009–0228—Submitted November 3, 2009—Decided December 1, 2009.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

John D. Ferrero, Stark County Prosecuting Attorney, and Amy A. Sabino and Ross A. Rhodes, Assistant Prosecuting Attorneys, for appellants.

Walter & Haverfield, L.L.P., Michael A. Cyphert, and Bonnie S. Finley; and Stanley P. Rubin, for appellee.

Loveland & Brosius, L.L.C., Donald F. Brosius, Peter N. Griggs, and Steven C. Leidinger, urging reversal for amicus curiae Ohio Township Association.

Richard Cordray, Attorney General, Benjamin C. Mizer, Solicitor General, and David M. Lieberman, Deputy Solicitor, urging reversal for amicus curiae state of Ohio.